UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-10508-RGS

NORMA WRIGHT

v.

MICRO FOCUS, LLC and
OPENTEXT, INC.

JUDGMENT

November 6, 2025

STEARNS, D.J.

Judgment enters for plaintiff Norma Wright by agreement of the parties in the amount of $300,000.00, inclusive of all costs and interest, in addition to reasonable attorneys' fees as negotiated by the parties in the amount of $125,000.00, for a total, all inclusive, judgment against the Defendants of $425,000.00.

SO ORDERED.

_Richard G. Stearns_
UNITED STATES DISTRICT JUDGE